**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Cardinal Financial Company, Limited Partnership

In Re:

Peter Tichy,

Debtor.

| | |
|---|---|
| Case No.: | 24-14015-JKS |
| Chapter: | 13 |
| Hearing Date: | 6/27/2024 |
| Judge: | Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 15)

_____

Date: 06/25/2024                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*