| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Cardinal Financial Company, Limited Partnership | |
| In Re:<br><br>Peter Tichy<br>Debtor | Case No.: 24-14015 JKS<br>Adv. No.:<br>Hearing Date: 6/27/2024 @ 8:30 a.m.<br><br>Judge:  John K. Sherwood |

Order Filed on July 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page is hereby **ORDERED**

**DATED: July 2, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:    Peter Tichy
Case No.:    24-14015 JKS
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Cardinal Financial Company, Limited Partnership, holder of a mortgage on real property located at 20 Hudson Ave, Ridgefield Park, NJ, 07660, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and the parties having resolved the Secured Creditor's Objection to Debtor's Chapter 13 Plan in accordance with the terms hereof:

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full when same is filed through the Chapter 13 plan (estimated arrears of $98,770.66); and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.