UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Counsel to Debtor

Order Filed on December 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peter Tichy,

                         Debtor.

Case No.: _____24-14015_____

Hearing Date: _____12/12/2024_____

Judge: _____John K. Sherwood_____

Chapter: _____13_____


# ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.


**DATED: December 20, 2024**      _____

                                         Honorable John K. Sherwood
                                         United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. _44_], and no objections having been raised, it is:

**ORDERED** that _SWHS&C, LLP_____, the applicant, is allowed a fee of $_15,896.00___ for services rendered and expenses in the amount of $_595.12___ for a total of $_16,491.12__. The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $_16,491.12_ less 10.0% courtesy credit less retainer of $2,500.00 equals: $12,342.01(amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9/30/2024*

2