| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Scura, Wigfield, Heyer, Stevens & Cammarota, LLP |
| 1599 Hamburg Turnpike |
| Wayne, New Jersey 07470 |
| Tel.: 973-696-8391 |
| David L. Stevens, Esq. |
| dstevens@scura.com |
| Counsel to Debtor |

Order Filed on December 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peter Tichy,

Debtor.

Case No.: 24-14015

Hearing Date: 12/12/2024

Judge: John K. Sherwood

Chapter: 13

# ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 20, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. __44__], and no objections having been raised, it is:

**ORDERED** that __SWHS&C, LLP__, the applicant, is allowed a fee of $__15,896.00__ for services rendered and expenses in the amount of $__595.12__ for a total of $__16,491.12__. The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $ __16,491.12__ less 10.0% courtesy credit less retainer of $2,500.00 equals: $__12,342.01__(amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9/30/2024*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14015-JKS |
| Peter Tichy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Peter Tichy, 20 Hudson Avenue, Ridgefield Park, NJ 07660-1732

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:

**Name**      **Email Address**

David L. Stevens
     on behalf of Debtor Peter Tichy dstevens@scura.com
     dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon
     on behalf of Creditor Cardinal Financial Company  Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
     on behalf of Creditor Cardinal Financial Company  Limited Partnership laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Paul Evangelista
     on behalf of Debtor Peter Tichy pevangelista@scura.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 20, 2024 | Form ID: pdf903 | Total Noticed: 1

                pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Thomas James Swan

on behalf of Creditor NJ Division Of Taxation thomas.swan@law.njoag.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7