Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−14015−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Tichy
   20 Hudson Avenue
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−7577

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/23/25 at 10:00 AM

to consider and act upon the following:

**48** − Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Cardinal Financial Company, Limited Partnership. Objection deadline is 12/26/2024. (Attachments: # 1 Certification # 2 Agreed order # 3 Proposed Order # 4 Certificate of Service) (Egerman, Laura)

**55** − Certification in Opposition to (related document:48 Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Cardinal Financial Company, Limited Partnership. Objection deadline is 12/26/2024. (Attachments: # 1 Certification # 2 Agreed order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Cardinal Financial Company, Limited Partnership) filed by Jamal J Romero on behalf of Peter Tichy. (Romero, Jamal)

Dated: 12/27/24

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court