UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal J. Romero, Esq
Email:jromero@scura.com
Counsel for Debtor.

| | |
|---|---|
| In Re: | Case No.: _____24-14015_____ |
| Peter Tichy | Judge: _____JKS_____ |
| Debtor. | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ ,
    creditor,

    A hearing has been scheduled for _____, at _____.


    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.


    ☒ Certification of Default filed by ___Chapter 13 Standing Trustee___ ,

    I am requesting a hearing be scheduled on this matter.


2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____ , but have not
    been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:
Payment of $1,100.00 has been made on December 31, 2024. Documentation in
support is attached. I am current with my chapter 13 plan payments through
December. January payment will be made by January 31, 2025.

3.       This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.       I certify under penalty of perjury that the above is true.

Date: _1/3/2025_____           _/s/ Peter Tichy_____
                                          Debtor's Signature

Date: _____           _____
                                          Debtor's Signature

**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*

Welcome, David L Stevens
Log Out

Search by Case / Last Name

Transaction

**Name**
Peter Tichy

**Address**
20 Hudson Avenue, Ridgefield Park, NJ, 07660

**Trustee Name**
Marie-Ann Greenberg

**Case Number**
24-14015

**Date Started**
December 31, 2024

**Date Cleared**

**Account Number**
XXXXXX9904

**Routing Number**
021200339



**Status**
Pending

**Transaction ID**
17644471

**Amount**
$1,100.00