Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  24−14015−JKS
                      Chapter:  13
                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Tichy
   20 Hudson Avenue
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−7577

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 25, 2024.

   On 3/5/2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                April 10, 2025
Time:              08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 6, 2025
JAN: mlc

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14015-JKS |
| Peter Tichy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 06, 2025 | Form ID: 185 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Tichy, 20 Hudson Avenue, Ridgefield Park, NJ 07660-1732 |
| r | + | Robert Sivori, Keller Williams Prosperity Realty, 1700 Route 23, Suite 300, Wayne, NJ 07470-7537 |
| 520429391 | + | Cardinal Financial Company, Limited Partnership, Service Mac, LLC, 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |
| 520429392 | + | Cardinal Financial Company, Limited Partnership, Service Mac, LLC, 9726 Old Bailes Road, Fort Mill, SC 29707, Cardinal Financial Company, Limited Part Service Mac, LLC 29707-7540 |
| 520230632 | | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1S, Iselin, NJ 08830 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520231518 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:28:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520232570 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:29:28 | Ally Capital Department, Att: AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520248534 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:28:29 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520230617 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 06 2025 20:55:00 | Ally Financial Inc., P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520268221 | | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:11:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520253723 | + | Email/Text: bkfilings@zwickerpc.com | Mar 06 2025 20:57:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520230618 | | Email/PDF: bncnotices@becket-lee.com | Mar 06 2025 21:28:05 | American Express, N.A., P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520230619 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:10:29 | Capital One, Po Box 85015, Richmond, VA 23285 |
| 520230620 | | Email/Text: bankruptcy@cavps.com | Mar 06 2025 20:56:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd., Phoenix, AZ 85040 |
| 520244725 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2025 21:12:03 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520309075 | + | Email/Text: bankruptcy@cavps.com | | |

| Recipient ID | | Delivery Method | Time | Name/Address |
|---|---|---|---|---|
| | | | Mar 06 2025 20:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520230621 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 06 2025 21:27:31 | Credit One Bank, N.A., 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 520230622 | + | Email/Text: bankruptcies@crownasset.com | Mar 06 2025 20:56:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd., Duluth, GA 30096-7605 |
| 520230623 | | Email/Text: mrdiscen@discover.com | Mar 06 2025 20:55:00 | Discover Financial Services, Po Box15316, Wilmington, DE 19850 |
| 520317101 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 06 2025 20:55:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520244839 | + | Email/Text: mrdiscen@discover.com | Mar 06 2025 20:55:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520307457 | | Email/Text: BNCnotices@dcmservices.com | Mar 06 2025 20:56:00 | EMERGENCY PHYSICIAN SERVICES OF NJ PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520230624 | ^ | MEBN | Mar 06 2025 20:56:25 | Faloni Law Group, LLC, 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |
| 520230625 | + | Email/Text: servicingmailhub@flagstar.com | Mar 06 2025 20:57:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520230626 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 06 2025 20:55:00 | Goldman Sachs Bank USA, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 520230627 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2025 20:56:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520230629 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:27:25 | LVNV Funding LLC, P.O. Box 10584, Greenville, SC 29603-0584 |
| 520230630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:12:03 | LVNV Funding LLC, 355 S Main Street, Suite 300-D, Greenville, SC 29601-2923 |
| 520240037 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:28:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520230628 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:11:19 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 520230633 | | Email/Text: ml-ebn@missionlane.com | Mar 06 2025 20:55:00 | Mission Lane LLC, 101 2nd Street., Suite 350, San Francisco, CA 94105 |
| 520438939 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 06 2025 21:29:17 | MOHELA, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 520247755 | | Email/PDF: bankruptcy_prod@navient.com | Mar 06 2025 21:28:48 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 520230634 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 06 2025 21:11:17 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520306340 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 21:27:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520230635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 21:11:17 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 520230636 | | Email/Text: signed.order@pfwattorneys.com | Mar 06 2025 20:55:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520303039 | | Email/Text: bnc-quantum@quantum3group.com | Mar 06 2025 20:56:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520230637 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2025 20:55:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 185 | Total Noticed: 43 |

| 520298821 | + Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|
| | | Mar 06 2025 21:28:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520230638 | + Email/Text: bkfilings@zwickerpc.com | | |
| | | Mar 06 2025 20:57:00 | Zwicker & Associates, P.C., 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520230631 | *+ | LVNV Funding LLC., P.O. Box 10584, Greenville, SC 29603-0584 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

**Name**      **Email Address**

David L. Stevens
on behalf of Debtor Peter Tichy dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;vduarte@scura.com

Denise E. Carlon
on behalf of Creditor Cardinal Financial Company Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
on behalf of Debtor Peter Tichy jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Laura M. Egerman
on behalf of Creditor Cardinal Financial Company Limited Partnership laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
magecf@magtrustee.com

Paul Evangelista
on behalf of Debtor Peter Tichy pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com

Thomas James Swan
on behalf of Creditor NJ Division Of Taxation thomas.swan@law.njoag.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8