Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−14015−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Tichy
   20 Hudson Avenue
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−7577

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 25, 2024.

   On 4/10/2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:               May 22, 2025
Time:                08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 10, 2025
JAN: mlc

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14015-JKS |
| Peter Tichy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 10, 2025 | Form ID: 185 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Tichy, 20 Hudson Avenue, Ridgefield Park, NJ 07660-1732 |
| r | + | Robert Sivori, Keller Williams Prosperity Realty, 1700 Route 23, Suite 300, Wayne, NJ 07470-7537 |
| 520429391 | + | Cardinal Financial Company, Limited Partnership, Service Mac, LLC, 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |
| 520429392 | + | Cardinal Financial Company, Limited Partnership, Service Mac, LLC, 9726 Old Bailes Road, Fort Mill, SC 29707, Cardinal Financial Company, Limited Part Service Mac, LLC 29707-7540 |
| 520230632 | | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1S, Iselin, NJ 08830 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 10 2025 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 10 2025 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520231518 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 21:38:44 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520232570 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 21:38:46 | Ally Capital Department, Att: AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520248534 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 21:27:16 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520230617 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 10 2025 21:28:00 | Ally Financial Inc., P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520268221 | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2025 21:39:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520253723 | + | Email/Text: bkfilings@zwickerpc.com | Apr 10 2025 21:30:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520230618 | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2025 21:50:39 | American Express, N.A., P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520230619 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2025 21:39:39 | Capital One, Po Box 85015, Richmond, VA 23285 |
| 520230620 | | Email/Text: bankruptcy@cavps.com | Apr 10 2025 21:30:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd., Phoenix, AZ 85040 |
| 520244725 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2025 21:27:20 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520309075 | + | Email/Text: bankruptcy@cavps.com | | |

Case 24-14015-JKS    Doc 77    Filed 04/12/25    Entered 04/13/25 00:14:57    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: 185 | Total Noticed: 43 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 10 2025 21:30:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520230621 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2025 21:27:35 | Credit One Bank, N.A., 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 520230622 | + | Email/Text: bankruptcies@crownasset.com | Apr 10 2025 21:29:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd., Duluth, GA 30096-7605 |
| 520230623 | | Email/Text: mrdiscen@discover.com | Apr 10 2025 21:28:00 | Discover Financial Services, Po Box15316, Wilmington, DE 19850 |
| 520317101 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 10 2025 21:29:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520244839 | + | Email/Text: mrdiscen@discover.com | Apr 10 2025 21:28:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520307457 | | Email/Text: BNCnotices@dcmservices.com | Apr 10 2025 21:29:00 | EMERGENCY PHYSICIAN SERVICES OF NJ PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520230624 | ^ | MEBN | Apr 10 2025 21:25:44 | Faloni Law Group, LLC, 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |
| 520230625 | + | Email/Text: servicingmailhub@flagstar.com | Apr 10 2025 21:30:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520230626 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 10 2025 21:29:00 | Goldman Sachs Bank USA, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 520230627 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2025 21:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520230629 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 21:27:20 | LVNV Funding LLC, P.O. Box 10584, Greenville, SC 29603-0584 |
| 520230630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 21:38:49 | LVNV Funding LLC, 355 S Main Street, Suite 300-D, Greenville, SC 29601-2923 |
| 520240037 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 21:27:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520230628 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 21:27:45 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 520230633 | | Email/Text: ml-ebn@missionlane.com | Apr 10 2025 21:28:00 | Mission Lane LLC, 101 2nd Street., Suite 350, San Francisco, CA 94105 |
| 520438939 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 10 2025 21:39:27 | MOHELA, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 520247755 | | Email/PDF: bankruptcy_prod@navient.com | Apr 10 2025 21:50:38 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 520230634 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 10 2025 21:50:23 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520306340 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2025 21:27:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520230635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2025 21:27:44 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 520230636 | | Email/Text: signed.order@pfwattorneys.com | Apr 10 2025 21:28:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520303039 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2025 21:29:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520230637 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 10 2025 21:28:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |

| 520298821 | + Email/PDF: ebn_ais@aisinfo.com | Apr 10 2025 21:39:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520230638 | + Email/Text: bkfilings@zwickerpc.com | Apr 10 2025 21:30:00 | Zwicker & Associates, P.C., 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520230631 | *+ | LVNV Funding LLC., P.O. Box 10584, Greenville, SC 29603-0584 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

**Name** — **Email Address**

**David L. Stevens**
on behalf of Debtor Peter Tichy dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;vduarte@scura.com

**Denise E. Carlon**
on behalf of Creditor Cardinal Financial Company Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

**Jamal J Romero**
on behalf of Debtor Peter Tichy jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

**Laura M. Egerman**
on behalf of Creditor Cardinal Financial Company Limited Partnership laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

**Marie-Ann Greenberg**
magecf@magtrustee.com

**Paul Evangelista**
on behalf of Debtor Peter Tichy pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com

**Thomas James Swan**
on behalf of Creditor NJ Division Of Taxation thomas.swan@law.njoag.gov

**U.S. Trustee**
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8