Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−14015−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Tichy
   20 Hudson Avenue
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−7577

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/28/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 28, 2025
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 24-14015-JKS
Peter Tichy                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                       Page 1 of 3
Date Rcvd: Apr 28, 2025                      Form ID: 148                                      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Tichy, 20 Hudson Avenue, Ridgefield Park, NJ 07660-1732 |
| r | + | Robert Sivori, Keller Williams Prosperity Realty, 1700 Route 23, Suite 300, Wayne, NJ 07470-7537 |
| 520429391 | + | Cardinal Financial Company, Limited Partnership, Service Mac, LLC, 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |
| 520429392 | + | Cardinal Financial Company, Limited Partnership, Service Mac, LLC, 9726 Old Bailes Road, Fort Mill, SC 29707, Cardinal Financial Company, Limited Part Service Mac, LLC 29707-7540 |
| 520230632 | | McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1S, Iselin, NJ 08830 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2025 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2025 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520231518 | + | EDI: AISACG.COM | Apr 29 2025 00:59:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520232570 | + | EDI: AISACG.COM | Apr 29 2025 00:59:00 | Ally Capital Department, Att: AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520248534 | + | EDI: AISACG.COM | Apr 29 2025 00:59:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520230617 | + | EDI: GMACFS.COM | Apr 29 2025 00:59:00 | Ally Financial Inc., P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520268221 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2025 21:55:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520253723 | + | Email/Text: bkfilings@zwickerpc.com | Apr 28 2025 21:37:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520230618 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2025 21:44:42 | American Express, N.A., P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520230619 | | EDI: CAPITALONE.COM | Apr 29 2025 00:59:00 | Capital One, Po Box 85015, Richmond, VA 23285 |
| 520230620 | | Email/Text: bankruptcy@cavps.com | Apr 28 2025 21:37:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd., Phoenix, AZ 85040 |
| 520244725 | + | EDI: AIS.COM | Apr 29 2025 00:59:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520309075 | + | Email/Text: bankruptcy@cavps.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 28 2025 21:37:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520230621 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 28 2025 21:44:54 | Credit One Bank, N.A., 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 520230622 | + | Email/Text: bankruptcies@crownasset.com | | |
| | | | Apr 28 2025 21:36:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd., Duluth, GA 30096-7605 |
| 520230623 | | EDI: DISCOVER | | |
| | | | Apr 29 2025 00:59:00 | Discover Financial Services, Po Box15316, Wilmington, DE 19850 |
| 520317101 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | | Apr 28 2025 21:36:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520244839 | + | EDI: DISCOVER | | |
| | | | Apr 29 2025 00:59:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520307457 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Apr 28 2025 21:36:00 | EMERGENCY PHYSICIAN SERVICES OF NJ PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520230624 | ^ | MEBN | | |
| | | | Apr 28 2025 21:26:05 | Faloni Law Group, LLC, 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |
| 520230625 | + | Email/Text: servicingmailhub@flagstar.com | | |
| | | | Apr 28 2025 21:37:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520230626 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Apr 28 2025 21:36:00 | Goldman Sachs Bank USA, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 520230627 | + | EDI: IRS.COM | | |
| | | | Apr 29 2025 00:59:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520230629 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 28 2025 21:45:07 | LVNV Funding LLC, P.O. Box 10584, Greenville, SC 29603-0584 |
| 520230630 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 28 2025 21:45:01 | LVNV Funding LLC, 355 S Main Street, Suite 300-D, Greenville, SC 29601-2923 |
| 520240037 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 28 2025 21:44:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520230628 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 28 2025 21:45:19 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 520230633 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Apr 28 2025 21:35:00 | Mission Lane LLC, 101 2nd Street., Suite 350, San Francisco, CA 94105 |
| 520438939 | + | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Apr 28 2025 21:45:09 | MOHELA, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 520247755 | | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Apr 28 2025 21:45:24 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 520230634 | + | Email/PDF: bankruptcy_prod@navient.com | | |
| | | | Apr 28 2025 21:55:50 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520306340 | | EDI: PRA.COM | | |
| | | | Apr 29 2025 00:59:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520230635 | | EDI: PRA.COM | | |
| | | | Apr 29 2025 00:59:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 520230636 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Apr 28 2025 21:35:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520303039 | | EDI: Q3G.COM | | |
| | | | Apr 29 2025 00:59:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520230637 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Apr 28 2025 21:35:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |

Case 24-14015-JKS    Doc 80    Filed 04/30/25    Entered 05/01/25 00:14:30    Desc Imaged
                                 Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: 148 | Total Noticed: 43 |

| 520298821 | + EDI: AIS.COM | Apr 29 2025 00:59:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 520230638 | + Email/Text: bkfilings@zwickerpc.com | Apr 28 2025 21:37:00 | Zwicker & Associates, P.C., 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520230631 | *+ | LVNV Funding LLC., P.O. Box 10584, Greenville, SC 29603-0584 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:**

**Name**     **Email Address**

David L. Stevens
    on behalf of Debtor Peter Tichy dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
    on behalf of Creditor Cardinal Financial Company Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jamal J Romero
    on behalf of Debtor Peter Tichy jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Laura M. Egerman
    on behalf of Creditor Cardinal Financial Company Limited Partnership laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Paul Evangelista
    on behalf of Debtor Peter Tichy pevangelista@scura.com
    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com

Thomas James Swan
    on behalf of Creditor NJ Division Of Taxation thomas.swan@law.njoag.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8